**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VERTEX, INC., | : | |
| Plaintiff, | : | No. 22-cv-0315-JMY |
| | : | |
| v. | : | |
| | : | |
| AVALARA, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 5th day of April, 2024, upon consideration of Avalara's

Motion for Partial Judgment on the Pleadings (ECF No. 90), and all papers submitted in support

thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

  /s/ Judge John Milton Younge
Judge John Milton Younge