**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VERTEX, INC., Plaintiff, | : | No. 22-cv-0315-JMY |
| v. | : | |
| AVALARA, INC., Defendant. | : | |

**ORDER**

**AND NOW**, this 14th day of October, 2026, upon consideration of the *Special Master's Report and Recommendation Addressing Vertex's Motion for Sanctions for Spoliation of Evidence* (ECF No. 476) signed by the Honorable Gregory M. Sleet (Ret.), and *Vertex's Objections to the Special Master's Recommendation Regarding Vertex's Motion for Spoliation Sanctions* (ECF No. 481), it is hereby **ORDERED** that Vertex's Objections are **OVERRULED** and the Report and Recommendation signed by the Honorable Gregory M. Sleet is **APPROVED** and **ADOPTED** by the Court.

It is further **ORDERED** that in accordance with the *Special Master's Report and Recommendation Addressing Vertex's Motion for Sanctions for Spoliation of Evidence*, and the ruling made in open Court after jury selection and prior to trial on Friday, October 9, 2026, *Vertex's Motion for Sanctions for Spoliation of Evidence* (ECF No. 166) is **DENIED**.

**BY THE COURT**:

/s/ John Milton Younge
Judge John Milton Younge